UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARK CHABAN, P.C.,                                          Chapter 7
                                                           Case No. 13-45710-wsd
      Debtor.                                            Honorable Walter Shapero
_____/

## ORDER Denying EX-PARTE'S MOTION TO EXLARGE TIME TO FILE NOTICE OF REMOVAL

This matter having come before the Court upon the Debtor's Motion for Order under

FRBP 9006 and 9027; and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that Debtor's Motion be and it hereby is denied because

none of the bases for enlargement of the time set forth in FRBankrP 9006(b)

appear to exist in this situation; and also the apparent reasons for attempting removal

are in effect  being addressed by other proceedings now pending before this Court.

Signed on July 11, 2014

                                  /s/ Walter Shapero
                                Walter Shapero
                                United States Bankruptcy Judge